UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS6

### CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-06801-RGK-BFM | Date | October 6, 2023 |
|---|---|---|---|
| Title | *Nelson Reyes, et al. v. Mercedes-Benz USA, LLC* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order to Show Cause Re: Amount in Controversy [DE 1]

On July 14, 2023, Nelson Reyes and Evelyn Reyes ("Plaintiffs") filed a Complaint against Mercedes-Benz USA, LLC ("Defendant") in Los Angeles County Superior Court alleging a violation of the Song-Beverly Consumer Warranty Act (Cal. Civ. Code §§ 1790 *et seq.*). Defendant subsequently removed the action to this Court on the basis of diversity jurisdiction.

On September 26, 2023, the Court issued an Order to Show Cause as to why the jurisdictional requirements are or are not satisfied. On October 2, 2023, Defendant filed its response.

Having considered Defendant's Response, the Court finds that Defendant has failed to meet its burden of showing that the minimum amount in controversy has been met. Plaintiffs seek replacement or restitution of money paid for a vehicle leased from Defendant. Total payments under the lease amount to $30,120.50. To arrive at actual damages, this amount must be reduced to account for use by Plaintiffs before the first repair of the vehicle. *Tokmakova v. Volkswagen Grp. of Am., Inc.*, 2012 WL 12952629, at *3 (C.D. Cal. Aug. 1, 2012). By Defendant's own calculation, the mileage offset in this case is worth $5,567.02, which brings Plaintiffs' actual damages down to $24,553.48. Although Defendant argues that it may be liable for civil penalties and attorneys' fees, Defendant does not show why Plaintiff would be entitled to these additional amounts. For instance, despite the absence of any factual allegation or evidence as to Defendant's willful violation of the law, Defendant asks the Court to assume "a maximum civil penalty." Defendant also urges the Court to assume an attorneys' fees award of at least $33,500, an invitation the Court declines.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-06801-RGK-BFM | Date | October 6, 2023 |
|---|---|---|---|
| Title | *Nelson Reyes, et al. v. Mercedes-Benz USA, LLC* | | |

With $24,553.48 as the starting point, and further amounts based on speculative assertions, the Court finds that Defendant has failed to establish by a preponderance of the evidence that the amount in controversy exceeds $75,000.

Accordingly, the action is hereby remanded to state court for all further proceedings.

**IT IS SO ORDERED.**

cc:  Los Angeles County Superior Court, 23PSCV02122

| | : | |
|---|---|---|
| Initials of Preparer | | JRE/dc |